MAURICE REINITZ and CHARLES B. KILBY, Respondents, v. THE PROSPERITY COMPANY, INC., Appellant.— Order granting motion for examination before trial

affirmed, with ten dollars costs and disbursements; examination to proceed on five days' notice. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.